■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FAIT THOMAS, Appellant.—Appeal by the defendant, as limited by his motion, from three sentences of the Supreme Court, Queens County (Farlo, J.), all imposed July 24, 1984.

Justice Brown has been substituted for the late Justice Gibbons (see, 22 NYCRR 670.2 [c]).

Ordered that the sentences are affirmed. No opinion. Mollen, P. J., Lazer, Brown and Spatt, JJ., concur.